**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 09-7372**

―――――――――――

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

      v.

TYANNA CELESTE ROBINSON,

            Defendant – Appellant.

―――――――――――

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  N. Carlton Tilley,
Jr., Senior District Judge.  (1:01-cr-00128-NCT-1)

―――――――――――

Submitted:  March 29, 2011          Decided:  April 11, 2011

―――――――――――

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Tyanna Celeste Robinson, Appellant Pro Se.  Angela Hewlett
Miller, Assistant United States Attorney, Greensboro, North
Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyanna Celeste Robinson appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Robinson, No. 1:01-cr-00128-NCT-1 (M.D.N.C. July 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED